**File Hashes for IP Address 108.28.65.133**

**ISP:** Verizon FiOS
**Physical Location:** Burke, VA

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 08/15/2014 00:36:02 | 63FC12CDDF5DBE0304B7EBD6AC3B0435D01B358C | For Your Eyes Only |
| 08/15/2014 00:30:05 | FBC95C4CDE158BF73446B92F5DAD34BD625F3E85 | In the Blind |
| 08/07/2014 01:24:03 | FF876A5A1B86F4679C5D883BE87A30A711BC9DDE | Paint Me Beautiful |
| 08/07/2014 01:14:42 | 4ED5E9101231B985972A344296E0C65691327C34 | Breakfast At Eves |
| 07/22/2014 01:43:54 | D2CEF42B12255477B18002859B65233E80C6FCE8 | Be With Me |
| 07/01/2014 21:52:11 | BB284832DA311406D9C957B9C9E49DA6023B783F | Give Me More Part 2 |
| 07/01/2014 21:51:36 | 9B18995FF4BF5957CB9CB3A4E3119A82475181C3 | Cut Once More Please |
| 06/28/2014 04:51:13 | 2A05E9869A686BCAD59ACBAA0203049202AEAE0C | Sexy In The City |
| 06/26/2014 02:21:17 | 3F0721C5E1026E30E17456FEA2868588A8D26BF9 | Drinks For Two |
| 06/24/2014 03:47:34 | FC886EF2E1708CFC7115D2DDF773C6118755F233 | Lovers Way |
| 06/24/2014 03:41:29 | 8D357CC8A76374C2534F5B6C92DFA6373DD18A48 | Coming Late |
| 06/14/2014 04:35:20 | 5D7F3D57745367656D4B88D0D17F72C3A28617C5 | Enjoy My Backdoor |
| 06/06/2014 02:40:40 | 8BF820D4870A6432D4F6BC0C580B7F0E1BD64B51 | Sex With Glasses |
| 06/01/2014 05:23:43 | 50930D439A05CE372CB069D7FBD367826D374E6C | They Only Look Innocent |
| 05/31/2014 05:43:46 | 3EFA1185D154CD0E94911E672C6A71D2EE46AF6F | Morning Glory |
| 05/29/2014 04:04:24 | 0FB575065A7682EE9118364408734C4A49FEE3B8 | Just Watch Part 2 |
| 04/28/2014 03:42:31 | EEF9DBC1BD41E3494DD50B19EAAECDABB436EAFB | Surprise Surprise |
| 04/22/2014 03:16:22 | D7967F3B32132CF925D535059A208B2FA4DEB59F | Group Sex |
| 04/19/2014 04:39:52 | 6D49FF84A616C511D7546281E353CF1102501445 | Double Tease |
| 03/08/2014 02:36:19 | 334A55A9AF9FD2681472B1889BC27F27621204AF | Trophy Wife |
| 03/01/2014 20:26:42 | 823D55E765BCA4C421666356F75B6B266931DF61 | Go Fish |
| 03/01/2014 19:02:03 | 682575B3B625CA6B47485CCA605C404ABE372B72 | I Am In the Mood |

EXHIBIT A

| Hit Date UTC | File Hash | Title |
|---|---|---|
| 03/01/2014 18:57:52 | 82757EE5781DBA912960230FB84F9584B15C26E9 | Just the Three of Us |
| 02/04/2014 03:28:26 | 68CBB0DB89ED2E8178EDFEAD94328660D638D906 | A Little Time For Myself |

**Total Statutory Claims Against Defendant: 24**

EXHIBIT A

EVA84